# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ROBERT M. BIDDLE, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 10-0256 |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social Security, | : | |
| Defendant | : | |

## **O R D E R**

**AND NOW**, this   2nd   day of December, 2010, upon careful and independent consideration of the plaintiff's motion for summary judgment, or in the alternative, for remand (Document #7), and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, there being no objections thereto, it is hereby ORDERED that:

(1) The Report and Recommendation is APPROVED and ADOPTED.

(2) The plaintiff's motion for remand (Document #7) is GRANTED.

(3) This matter is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Report and Recommendation.

The Clerk of Court is directed to mark this case CLOSED for statistical purposes.

BY THE COURT:

 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.